# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-CV-00269

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Adila Faheem d/b/a Smokers Choice and Adila Faheem**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

**PARTY SERVED: ADILA FAHEEM D/B/A SMOKERS CHOICE**

**METHOD OF SERVICE: Personal Service** - By personally delivering copies to **ADILA FAHEEM.**

**DATE & TIME OF DELIVERY: 04/04/2020 at 10:40 AM**

**ADDRESS, CITY AND STATE: 20862 W. ARDMORE CIRCLE, PLAINFIELD, IL 60544**

**DESCRIPTION: Middle Eastern, Female, 50, 5'6", 170 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____  
Chris Adlington, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_Joan C. Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0069**

Tracking #: **433446**